FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**Apr 20, 2012**

GREGORY C. LANGHAM, CLERK

12FEDCRT101:V51AMETAns.FDC.odt:04/20/12:eff                                                (V5-1)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ZAHOUREK SYSTEMS, INC., | ) |
|       Plaintiff-Counterdefendant, | ) Case No. 1:12-cv-00978-LTB |
| vs. | ) |
| CANINE REHABILITATION INSTITUTE, INC, | ) |
|       Defendant-Counterplaintiff | ) |

### AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Canine Rehabilitation Institute, Inc, ("CRI") for a one-week extension of time to answer or otherwise plead to the VERIFIED PETITION TO COMPEL ARBITRATION UNDER FEDERAL ARBITRATION ACT 9 U.S.C.. §4 ("Petition"). In support of this motion, states as follows:

1.  Plaintiff's Petition was filed on April 13, 2012..

2.  The Federal Arbitration Act 9 U.S.C.. §4 requires an answer within five days of service. Excluding Saturday and Sunday, the answer to the Petition thus becomes due on April 20, 2012.

3.  Since receiving the Petition, Defendant CRI's undersigned counsel has worked assiduously and single-mindedly on obtaining the necessary information to prepare a proper and complete answer and on preparing such an answer.

Case No. 1:12-cv-00978-LTB

4. Defendant CRI has completed a draft answer to the complaint.

5. Defendant CRI's undersigned counsel has also sought the assistance of counsel admitted to the United States District Court for the District o Colorado in filing the proposed answer. Alternately, this counsel has sought to learn if he may obtain admission to this honorable Court and file such papers without the assistance of local counsel.

6. In addition, Defendant's undersigned counsel has requested from Plaintiff's counsel a copy of the Petition in MS Word format to assist in the preparation of a proper and complete answer. Plaintiff's counsel, Mr. Santangelo, graciously provided a copy of the Petition in the requested format on April 20, 2012.

7. Further, the parties' counsel have spent time discussing the possibility of seeking the assistance of this honorable Court in an attempt to reach a mutually acceptable resolution of the present controversy through Court-sponsored mediation.

8. Accordingly, the present extension is sought to allow Defendant sufficient time to prepare a well-founded, complete answer to the Petition and to allow the parties at least a small of time to try to seek a path to reach a mutually resolution of the present controversy.

9. Defendant's undersigned counsel positively states that the present motion is not sought for the sole or primary purpose of delay.

10. Accordingly, Defendant CRI respectfully seeks a one week extension of time to answer or otherwise plead to the Petition. If granted, then Defendant CRI's answer will become due on April 27, 2012. This action is respectfully requested.

Dated: April 20, 2012

Respectfully submitted,

-2-

Case No. 1:12-cv-00978-LTB

*[signature]*
Eugene F. Friedman
One of Defendant CRI's Attorneys

Eugene F. Friedman
Gail Tuler Friedman
FRIEDMAN & FRIEDMAN, LTD.
Printers Square – Suite 710
780 South Federal Street
Chicago, Illinois 60605
(312) 922-8882
Fax (312) 922-3616
E-mail gene@friedmanpatents.com

Counsel for Defendant CRI

## CERTIFICATE OF SERVICE

I certify that on April 20, 2012, I electronically served by email the foregoing on the following:

Luke Santangelo
Santangelo Law Offices
125 S. Howes Street, 3rd Floor
Fort Collins, Colorado 80521
Telephone (970) 224-3175
Email: Lsantangelo@ideaassetgroup.com
Facsimile (970) 224-3175

Counsel for Plaintiff Zahourek Systems, Inc.

*[signature]*
Eugene F. Friedman