**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-00978-LTB

ZAHOUREK SYSTEMS, INC.,

       Plaintiff,

v.

CANINE REHABILITATION INSTITUTE, INC.,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Plead (Doc 4 - filed April 20, 2012) is **GRANTED up to and including April 27, 2012**.

Dated:   April 23, 2012