**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-00978-LTB

ZAHOUREK SYSTEMS, INC.,

       Plaintiff,

v.

CANINE REHABILITATION INSTITUTE, INC.,

       Defendant/Third-Party Plaintiff,

v.

JOHN ZAHOUREK,

       Third-Party Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant-Counterplaintiff Canine Rehabilitation Institute, Inc.'s Motion to Accept Response to Jon Zahourek, Third Party Defendant's Motion to Dismiss Filed Out of Time (Doc 25 - filed November 2, 2012) is **GRANTED** and the Response (Doc 22) is accepted for filing.

Dated:   November 5, 2012