IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 12-cv-00978-LTB

ZAHOUREK SYSTEMS, INC.,

    Plaintiff/Counterclaim Defendant,

v.

CANINE REHABILITATION INSTITUTE, INC.,

    Defendant/Counterclaim Plaintiff/Third-Party Plaintiff,

v.

JON ZAHOUREK,

    Third-Party Defendant.
_____

ORDER
_____

    This case is before me on Third- Party Defendant Jon Zahourek's Motion for Relief [Doc # 18]. Plaintiff Zahourek Systems, Inc. ("Zahourek Systems") has joined in Mr. Zahourek's motion. *See* Doc # 21. By the motion, Mr. Zahourek seeks an award of the attorney fees he incurred in connection with his motion to dismiss Defendant Canine Rehabilitation Institute Inc.'s ("Canine") third-party claims against him for improper joinder.

    Because I conclude that there was a reasonable basis for Canine's joinder of Mr. Zahourek in this case, IT IS HEREBY ORDERED that Mr. Zahourek's Motion for Relief [Doc # 18] is DENIED.

Dated: November __27__, 2012 in Denver, Colorado.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                LEWIS T. BABCOCK, JUDGE