IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00978-LTB

ZAHOUREK SYSTEMS, INC.,

    Plaintiff/Counterclaim Defendant,

v.

CANINE REHABILITATION INSTITUTE, INC.,

    Defendant/Counterclaim Plaintiff/Third-Party Plaintiff,

v.

JON ZAHOUREK,

    Third-Party Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order entered by the Honorable Lewis T. Babcock on November 27, 2012, incorporated herein by reference, it is

ORDERED that Third-Party Defendant Jon Zahourek's Motion to Dismiss is GRANTED.  It is

FURTHER ORDERED that Defendant Canine Rehabilitation Institute, Inc.'s claims against Mr. Zahourek are DISMISSED WITHOUT PREJUDICE for improper joinder.

II.  PURSUANT to and in accordance with the Order entered by the Honorable Lewis T. Babcock on June 14, 2013, incorporated herein by reference, it is

ORDERED that Zahourek's Verified Petition to Compel Arbitration under the FAA is GRANTED IN PART and DENIED IN PART.  It is

FURTHER ORDERED that the claims in this case shall be submitted to arbitration as provided for in the Product License Agreement.  It is

FURTHER ORDERED that Zahourek's request for attorney fees is DENIED.  It is

FURTHER ORDERED that Zahourek may renew its request that the Court appoint an arbitrator if the parties are unable to agree on one within 15 days of June 14, 2013.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Zahourek Systems, Inc., and against Defendant, Canine Rehabilitation Institute, Inc.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

DATED at Denver, Colorado this  1st  day of July, 2013.

> FOR THE COURT:
>
> JEFFREY P. COLWELL, CLERK
>
> By: s/ Edward P. Butler
> Edward P. Butler, Deputy Clerk