13FEDCRT101:V51Mudd.FDC.odt:07/18/13:eff                                    (V5-1)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| ZAHOUREK SYSTEMS, INC., | ) | |
| | ) | Case No. 1:12-cv-00978-LTB |
| Plaintiff-Counterdefendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CANINE REHABILITATION | ) | |
| INSTITUTE, INC, | ) | |
| | ) | |
| Defendant-Counterplaintiff | ) | |
| ------------------------------------------------------------- | ) | |
| | ) | |
| CANINE REHABILITATION | ) | |
| INSTITUTE, INC, | ) | |
| | ) | |
| Third Party Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JON ZAHOUREK, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

**DEFENDANT-COUNTERPLAINTIFF CANINE REHABILITATION
INSTITUTE, INC.'S MOTION TO APPOINT CHARLES MUDD ARBITRATOR**

Defendant-Counterplaintiff Canine Rehabilitation Institute, Inc, ("CRI") respectfully

moves this Honorable Court for an extension of time (until July 19, 2013) for the parties to select

an arbitrator. In support of this motion, Defendant-Counterplaintiff CRI states the following:

This honorable Court, on June 14, 2013, entered its order directing the parties to renew

their efforts to agree on an arbitrator and hopefully to do so within 15 days, or by June 29, 2013.

Unfortunately, during this period of time, Dr. Janet Van Dyke, the president and founder of

Case No. 1:12-cv-00978-LTB

Defendant CRI was twice hospitalized with the heart condition of atrial fibrillation. With the filing of a motion to extend this date to July 19, 2013 agreed to by the parties, this Honorable Court did extend the deadline to the agreed upon date of July 19, 2013. Unfortunately, notwithstanding the additional time, the parties cannot reach agreement on an arbitrator. Accordingly, Plaintiff's counsel recommended the selection of Zachary G. Wilson of Fort Collins, Colorado, as the arbitrator. For the reasons discussed below, Defendant CRI cannot concur in this selection.

For an alternate selection, Defendant CRI posits the name of Charles Mudd, Esq., to be the arbitrator. As discussed below, Mr. Mudd, a member of this Honorable Court with offices in Chicago, Illinois, and Park City, Utah, is an expert in copyright law and a frequent lecturer on this subject. Having experience as a clerk to two judges, Mr. Mudd has experience in judicial operations. Thus, Defendant CRI respectfully requests that this Honorable Court appoint Charles Mudd of Chicago, Illinois, and Park City Utah, to act as the arbitrator in this matter. In support of this motion, Defendant CRI states the following:

**Zachary G. Wilson, Esq.**

A brief review of Mr. Wilson's website reveals the listing attached as Exhibit A. Without casting dispersions on Mr. Wilson's capabilities as a lawyer, the listing unfortunately shows Mr. Wilson's lack of suitability for the present task. As the exhibit shows, the website includes 31 separate "Areas of Practice." While these include copyrights (twice), trademarks (twice), and trade secrets, the vast, vast majority of listings relate to a general practice of law. Engaging in all of these practice areas clearly would leave very little time to devote to intellectual property in general or to the finer points of copyright law in particular. Page 2 of Exhibit A, under the

Case No. 1:12-cv-00978-LTB

heading of "Classes/Seminars" emphasizes this point further. The three listings there state: (a) "Landlord/Tenant Law, N.A.L.S."; (b) "City of Ft. Collins Landlord, Tenant Seminars"; and (c) Landlord Education Series, Speaker, City of Fort Collins, 2005-2010." Nothing on the site shows any particular devotion to copyright law, especially the very complex copyright issues that the present case give rise to.

A further serious problem concerning Mr. Wilson and his potential selection involves his close, physical proximity to the office of Plaintiff's attorney, Mr. Luke Santangelo. Mr. Wilson has his office located at 425 West Mulberry Street, Suite 208, Fort Collins, Colorado 80521. Mr. Santangelo, Plaintiff's attorney in the present matter, has his office at 125 South Howes Street, Fort Collins, Colorado 80521, as the records in the present matter will reveal. A very brief trip to the website "Google Maps" provides the information shown in the attached Exhibit B. The offices of Messrs. Wilson and Santangelo are separated by about one-half mile in the relatively small town of Fort Collins. While this proximity does not necessarily compel a conclusion of *ex parte* communications, it certainly raises the question, if not specter, of such questionable activities. And, in light of the unfortunate handling of the present dispute by the former arbitrator, Mr. David Weinstein of Denver, Colorado[1], avoiding even the question if not appearance of such coziness between Plaintiff or its attorneys and the arbitrator becomes of prime importance.

Lastly, *again without the intent to denigrate Mr. Wilson in any manner*, Mr. Wilson shows no experience in judicial activities or arbitration. The present matter has achieved a life of

---

[1] The questionable actions between this previously selected arbitrator and Plaintiff's law firm resulted in the filing of the present action.

Case No. 1:12-cv-00978-LTB

over two years and three months. Professionalism in dispute resolution is required. Unfortunately, Mr. Wilson claims none. He should not be appointed.

### Charles Lee Mudd Jr.

The practice of the Mudd Law Offices focuses on intellectual-property matters, especially as they concern copyright matters and also the internet, as the attached Exhibits C, D, and E clearly show. In fact, his expertise has risen to such a level that he often lectures on the very important and specialized area of the internet and the Digital Millennium Copyright Act ("DMCA") which combines a thorough knowledge of (a) the technology of the internet, (b) general copyright law, and (c) the DMCA.. (*See* Exhibit E). His knowledge of the law involved in the present matter cannot seriously be challenged.

Two paragraphs in Mr. Mudd's resume (Exhibit E) show his unique suitability for the present assignment. These occur on page 1, which says:

> During law school, he [Mr. Mudd] served as Lead Articles Editor for the Quinniplac Law Review; co-created the Quinniplac Law and Technology Association and served as its President, Vice-President and Treasurer; Interned with the Honorable Alfred V. Covello, U.S. District Court Judge; and externed with the National Telecommunications and Information Administration in Washington, D.C. Charles was awarded the Service to the Law School Award, Academic Excellence Award, and the Distinguished Academic Achievement Award for his work in Jurisprudence and the Law of the European Union.
>
> After law school, he served as a law clerk for the Honorable John T. Sharpnack, Chief Judge of the Indiana Court of Appeals of Indiana and the Honorable Alan H. Nevas, U.S. District Court Judge in Bridgeport, Connecticut. After clerking for Judge Nevas, Charles joined Cummings & Lockwood, a full-service,. mid-sized law firm in Connecticut, as a litigation associate in its Stamford Connecticut office.

Case No. 1:12-cv-00978-LTB

The remainder of Mr. Mudd's biography (Exhibit E), though not repeated here, provides further proof of his extreme suitability for the present matter. He merits the present appointment.

Mr. Mudd's *Curriculum Vitae* (Exhibit E) also shows his comfort in and availability to any location in the country. With an office in Park City, Utah, he has no difficulty in traveling to any location in the western part of the country. And, he can do so at minimal expense. In fact, he is even admitted to and practices before this Honorable Court. (Exhibit E, page 2.) His practice also shows a national outlook since the area of his concentration, copyright law, has a basis *only* in U.S. law. Since the passage of the current copyright act in 1976 which went into effect on January 1, 1978, federal law has totally preempted any state law on the subject, Title 17, U.S.C., § 301. Accordingly, the peculiarities of Fort Collins law have no bearing on the present controversy. Mr. Mudd is clearly an ideal choice as the arbitrator for the present matter. He should receive an appointment as such.

## CONCLUSION

Accordingly, Defendant CRI, respectfully requests that this Honorable Court appoint Charles Mudd as the arbitrator for all remaining issues between the parties. This action is respectfully requested.

Dated: July 19, 2013

Respectfully submitted,

/s/  Eugene F. Friedman
Eugene F. Friedman
One of Defendant CRI's Attorneys

Eugene F. Friedman
Gail Tuler Friedman
FRIEDMAN & FRIEDMAN, LTD.

Case No. 1:12-cv-00978-LTB

Printers Square – Suite  710
780 South Federal Street
Chicago, Illinois 60605
(312) 922-8882
Fax (312) 922-3616
E-mail gene@friedmanpatents.com

Counsel for Defendant CRI

**CERTIFICATE OF SERVICE**

I certify that on July 19, 2013, I electronically filed the foregoing with the Clerk of the

Court by using the CM/ECF system, which will send a notice of such electronic filing to the

following:

Luke Santangelo, Esq.
Santangelo Law Offices
125 S. Howes Street, 3rd Floor
Fort Collins, Colorado 80521
Telephone (970) 224-3175
Email: Lsantangelo@ideaassetgroup.com
Facsimile (970) 224-3175

Counsel for Plaintiff Zahourek Systems, Inc.


/s/      Eugene F. Friedman

# EXHIBIT A

# The Wilson Law Firm, P.C.

Free telephone Consultation
Local 970-372-2435
Toll Free 866-903-5750

## Zachary G. Wilson

Sole Practitioner
Location:
Fort Collins, Colorado
Phone:
970-372-2435
866-903-5750
Fax:
970-482-4412
Email:
Email Me

My many years in the legal profession has provided me with a strong base of knowledge and wisdom that comes only through time. It has always been my objective to offer the finest quality legal expertise, as well as compassion to my clients during some of the most difficult times of their lives - protecting their businesses, families, assets and legacies.

## Areas of Practice

- Business and Commercial Law
- Business Organizations
- Contracts
- Natural Resources Law
- Real Estate Law
- Probate & Estate Administration
- Civil Litigation
- Copyrights / Trademarks
- Estate Planning / Probate
- Commercial Leasing
- Joint Ventures
- Transactions
- Defects
- Business Successions
- Closely Held Businesses
- Dissolution
- Formation & Business Planning
- Limited Liability Companies
- Partnerships
- Reorganizations
- Copyrights
- Trade Secrets
- Trade marks
- Complex Litigation
- Living Wills
- Commercial Real Estate
- Mortgages & Foreclosures
- Residential Real Estate
- Oil & Gas
- Water & Riparian Rights
- Estate Administration

## Litigation Percentage

- 30% of Practice Devoted to Litigation

## Bar Admissions

- Colorado, 1982
- U.S. District Court District of Colorado, 1986

## Education

- **University of Denver College of Law, Denver, Colorado**
  - J.D. - 1982
  - Law Review: Transportation Law Journal, 1981 - 1982
- **Carleton College, Northfield, Minnesota**
  - B.A. - 1978
  - Major: Environmental Studies in Geology

## Representative Clients

- Better Business Bureau of the Mountain States
- Neenan Company
- Dohn Construction

## References

- The Group, (Realtors), Fort Collins, Colorado
- Realtec Commercial Real Estate Services, Fort Collins, Colorado
- Wells Fargo Bank N.A.
- Home State Bank

## Classes/Seminars

- Landlord/Tenant Law, N.A.L.S.
- City of Ft. Collins Landlord, Tenant Seminars
- Landlord Education Series, Speaker, City of Fort Collins, 2005 - 2010

## Honors and Awards

- Colorado Outstanding Young Lawyer, 1991
- Outstanding Young Men of America, 1989
- Rotary International, Group Study Exchange Fellowship, India, 1991
- Larimer County Bar Association, President, 2002 - 2003

## Professional Associations and Memberships

- Larimer County Bar Association, President, 1983 - 2010
- Larimer County Bar Association, Young Lawyers Section, Chairman, 1990
- Colorado Bar Association, Board of Governors, 1982 - 2010
- Better Business Bureau of the Mtn. States, General Counsel, 1983 - Present
- Boys & Girls Club of Larimer County, General Counsel, 1988 - Present

## Past Employment Positions

- Liggett, Smith, Wilson & Johnson, P.C., Attorney, Partner, 1983 - 2009

## Pro Bono Activities

- Fort Collins Sertoma Club, 1988 - 1989
- Fort Collins Jaycees, 1983 - 1990
- President, Fort Collins Sertoma Club, 1996 - 1997
- Larimer City Bar Assn - Pro Bono Program, 1985 - 2010

## Languages

- Spanish
- English

## Fraternities/Sororities

- Phi Alpha Delta

**Contact Information**

**The Wilson Law Firm, P.C.**
425 West Mulberry Street, Suite 208
Fort Collins, CO 80521
Phone: 970-372-2435
Toll Free: 866-903-5750
Fax: 970-482-4412
Map and Directions

© 2013 by The Wilson Law Firm, P.C. All rights reserved. Disclaimer | Site Map
Privacy Policy | Business Development Solutions by FindLaw, a Thomson Reuters business.

# EXHIBIT B

To see all the details that are visible on the
screen, use the "Print" link next to the map.

Google



### Driving directions to 425 W Mulberry St, Fort Collins, CO 80521

  **125 S Howes St**
Fort Collins, CO 80521

1. Head **south** on **S Howes St** toward **W Oak St**

   0.3 mi

2. Turn right onto **W Mulberry St**
   Destination will be on the left

   0.2 mi

**425 W Mulberry St**
Fort Collins, CO 80521

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may
cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices
regarding your route.

Map data ©2013 Google

# EXHIBIT C

# MUDD LAW OFFICES

### Providing Legal Representation to Individuals and Business Organizations

## Attorneys

| | | |
|---|---|---|
| Mudd, Anne Chestney | Of Counsel | Send E-Mail to Anne Chestney Mudd |
| Mudd Jr., Charles Lee | Principal | Send E-Mail to Charles Lee Mudd Jr. |
| Petrolis, Mark | Associate | Send E-Mail to Mark Petrolis |
| Snyder, Stephanie | Associate | Send E-Mail to Stephanie Snyder |

## Office Staff

| | | |
|---|---|---|
| Janusonis, Mila | Office Manager/ Paralegal | Send E-Mail to Mila Janusonis |
| Mudd, Katherine | Director of Finance | Send E-Mail to Katherine Mudd |

## Office Locations

*Main Office*

### Chicago

3114 W. Irving Park Road
Suite 1W
Chicago, Illinois
60618
773 588 5410
773 588 5440
(Facsimile)

### Park City

311 Main Street
P.O. Box 483
Park City, Utah
84060
435.640.1786
435.603.1035
(Facsimile)

On LinkedIn | On Facebook | On Twitter | On Mudd Law Offices' Blog

DISCLAIMER | PRIVACY POLICY

© 2005-2012 Mudd Law Offices
All Rights Reserved

**HOME**

**ATTORNEYS**

**NEWS**

**PRACTICE AREAS**

**PRIVACY RELATED LEGAL SERVICES**

**RIAA**

**CONTACT US**

# EXHIBIT D

# MUDD LAW OFFICES

Providing Legal Representation to Individuals and Business Organizations

## CLIENT SERVICES

We remain committed to providing a wide range of legal services to both our existing and new clients. We have separated our services into two categories: individual client services and business client services.

If your particular need is not listed, please contact us to discuss your matter. Should we not be able to assist you personally, it may be possible to provide you with a referral to one or more of our respected colleagues.

## BUSINESS SERVICES

- Chef Law
- Copyright Law
- Corporate Law
- Commercial Litigation
- Cyberlaw
- Defamation (Cybersmear, Libel, Slander)
- E-Commerce Law
- Employment Law
- Entertainment Law
- Health Law

- Intellectual Property
- Internet Law
- Litigation
- Mediation
- Privacy Law
- Property Law
- Real Estate (Commercial and Rental)
- Social Media Law
- Trademark Law
- Trade Secrets Law

DISCLAIMER | PRIVACY POLICY

Contact Information for our offices in Chicago, Illinois and Park City, Utah

© 2005-2011 Mudd Law Offices
All Rights Reserved

HOME

ATTORNEYS

NEWS

PRACTICE AREAS

PRIVACY RELATED
LEGAL SERVICES

RIAA

CONTACT US

# EXHIBIT E

# MUDD LAW OFFICES

Providing Legal Representation to Individuals and Business Organizations



**Charles Lee Mudd Jr., B.A., M.A., J.D.**   **President and Attorney**
cmudd @ muddlawoffices.com

Charles Lee Mudd Jr. has operated his own law firm since 2001. In the last ten years, the firm has grown to become an internationally recognized diversified practice providing representation to a clientele comprised of local, national, and international individuals and business organizations.

Prior to starting his own firm, Charles worked for Cummings & Lockwood in Stamford, Connecticut in its commercial litigation and emerging technologies groups. His tenure at Cummings & Lockwood followed a two-year clerkship with the Chief Judge of the Court of Appeals of Indiana and a one-year clerkship with a United States Distict Court Judge in Bridgeport, Connecticut

Charles Lee Mudd Jr. graduated *magna cum laude* and fourth in his class from Quinnipiac College School of Law in 1997.

During law school, he served as Lead Articles Editor for the Quinnipiac Law Review; co-created the Quinnipiac Law and Technology Association and served as its President, Vice-President and Treasurer; interned with the Honorable Alfred V. Covello, U.S. District Court Judge; and externed with the National Telecommunications and Information Administration in Washington, D.C. Charles was awarded the Service to the Law School Award, Academic Excellence Award, and the Distinguished Academic Achievement Award for his work in Jurisprudence and the Law of the European Union.

After law school, he served as a law clerk for the Honorable John T. Sharpnack, Chief Judge of the Indiana Court of Appeals of Indiana and the Honorable Alan H. Nevas, U.S. District Court Judge in Bridgeport, Connnecticut. After clerking for Judge Nevas, Charles joined Cummings & Lockwood, a full-service, mid-sized law firm in Connecticut, as a litigation associate in its Stamford, Connecticut office.

In 2001, Charles and his wife, Katherine, returned to Chicago, Illinois where he established his own law practice. Charles also serves as President of Privacy Innovations Inc., a privacy consulting firm.

Charles currently teaches privacy and technology courses at John Marshall Law School in Chicago, Illinois. He has taught Privacy in Cyberspace at the University of Connecticut School of Law as well as United States Government and United States History at Quinnipiac College and Indiana University-Purdue University at Indianapolis.

Apart from practicing law, Charles has been an active member of the legal community. He has served as Chair of the American Bar Association's Privacy and Computer Crime Committee; Vice-Chair of the Connecticut Bar Association's Computer Law Section; and Co-Chair of the Regional Bar Association's Internet Law Committee. He is a member of the American Bar Association, Chicago Bar Association, Computer Law Association, Connecticut Bar Association, and the Indiana and Illinois State Bar Associations. He serves as Vice-Chair of the Illinois State Bar Association's Intellectual Property Section Council. He also remains active in the Indiana State Bar Association's Committee on Law Practice Management and the Internet & Electronic Commerce Committee.

Charles also has participated in his local business community by serving as a Member of the Board of Directors of the Northcenter Chamber of Commerce and as a Member of the Kedzie-Elston Business and Industrial Council. He is also presently Co-Chair of the Lyons Township Community Advisory Committee.

Charles received his B.A. from Purdue University in 1990. While in college, Charles interned with U.S Senator Charles S. Robb of Virginia; served as Executive Director, Senator, and Student Body Treasurer of the Purdue Student Government; served as a student member of several University Senate Committees; and worked in the American Association of University Students.

Upon graduating from Purdue, he worked for nearly three years as a caseworker with the State of Indiana's Division of Family and Children. While working for the State of Indiana, Charles obtained his M.A. in political science from Purdue University.

Charles was admitted to the Indiana State Bar in 1997, the Illinois State Bar in 1998, the Connecticut State Bar in 2000, and the Utah State Bar in 2007. He remains an active member of each of these state bars.

Charles is admitted to the Supreme Court of the United States as well as the Sixth and Seventh Circuits of the United States Courts of Appeals. He is admitted to the trial bar of the United States District Court, Northern District of Illinois. He is also admitted to the bars of the Northern District of Indiana, Central District of Illinois, Northern District of Florida, the District of Colorado, and the District of Utah.

## Speaking Engagements (Selected)

June 22, 2011
Speaker, "Virtual Worlds: Employer Regulation of and Response to Employee Avatars"
Speaker, "Cyberbulling: Remedies Before and After Litigation"
Cyberlaw Symposium
Intellectual Property Section, Illinois State Bar Association
Chicago, Illinois

April 11, 2011
Speaker, "Introduction to Intellectual Property Law," "Copyrights" and other topics
"Introduction to Copyright and Trademark Law."
Law Review CLE Seminar
Chicago, Illinois

March 15, 2011
Panelist, "The Epic Fail of BitTorrent Indie Film Lawsuits"
South by Southwest 2011
Austin, Texas

July 15, 2010
Speaker, "Privacy in the Workplace: Electronic Surveillance under State and Federal Law,"
Utah State Bar 2010 Summer Convention
Sun Valley, Idaho

April 28, 2010
Speaker, "Hot Topics in Intellectual Property Counseling: From Start-Up to Initial Public Offering - 2010"
Topics Addressed: Hot Topics in Internet and Privacy
Illinois State Bar Association
Chicago, Illinois

April 27, 2010
Panelist, "Personal v. Professional: Handling Employee Participation in Online Communities"
ABA Teleconference

April 12, 2010
Lecturer, "Litigating Matters Involving Privacy Issues on the Internet"
DePaul University College of Law

June 9 and 11, 2009
Speaker, "Publicity, Privacy and Libel Issues on the Internet"
Illinois State Bar Association

May 15, 2009
Speaker, "Publicity, Privacy and Libel Issues  . . . on the Internet"
Intellectual Property Essentials and IP on the Internet
Illinois State Bar Association

May 15, 2009
Speaker, "Anonymity and Litigation Strategy"
Chicago Bar Association's Cyberlaw and Data Privacy Committee

May 9, 2008
Speaker, "From Dawn to Dusk, Entity Formation through Dissolution"
Topics addressed: Non-Disclosure Agreements (NDAs), Trade Secrets, Launching Company Websites
Illinois State Bar Association
Chicago, Illinois

May 7, 2008
Speaker, "JK Rowling Suit against the Harry Potter Lexicon"
Chicago Bar Association's Young Lawyer's Section Intellectual Property Committee

May 5, 2008
Speaker, "What Every Lawyer Should Know About Intellectual Property"
Topics addressed: Intellectual Property on the Internet
Illinois State Bar Association
Chicago, Illinois

May 5, 2008
Panelist, "Digital Millennium Copyright Act"
Illinois State Bar Association

March 18, 2008
Speaker, "Anonymity and Litigation Strategy"
Chicago Bar Association's Cyberlaw and Data Privacy Committee

February 12, 2008
Speaker, "Online Defamation, Anonymity, and Blogging"
St. Xavier University

September 18, 2007
Speaker, "Careers in Intellectual Property"
Chicago Bar Association

February 21, 2007
Speaker, "P2P File-sharing and Litigation Pursued by the RIAA and MPAA"
DePaul University School of Law

August 28, 2006
Panelist, "Internet Strategies for Legal Professionals"
National Business Institute, August 28, 2006

November 12, 2004
Speaker, "What Every Attorney Should Know About Intellectual Property"
Illinois State Bar Association

March 10, 2004
Speaker, "Are Officers and Shareholders Protected from Corporate Liability? Protecting and Piercing the
Corporate Shield"

March 5, 2004
Speaker, "DMCA in Education"
Intellectual Property Section
Illinois State Bar Association

December 3, 2003
Speaker, "Super-DMCA Laws"
Illinois State Bar Association

Spring 2003
Instructor, "Privacy Rights Seminar"
John Marshall Law School

Fall 2002
Instructor, "Jurisdiction in Cyberspace"
John Marshall Law School

November 2002
Speaker, "Preventing Identity Theft"
Harold Washington Chicago Public Library

May 22, 2002
Panelist, "Global Data Privacy: How Data Privacy Laws Around the World Impact U.S. Business"

Spring 2002
Instructor, "Privacy Rights Seminar"
John Marshall Law School

August 5, 2001
Chair and Moderator, Presidential Showcase
"HIPAA and Privacy Implementation: Finding a Path Toward Feasibility and Security"
American Bar Association Annual Meeting

June 2001
Panelist, "On-Line Privacy Developments"
Connecticut Bar Association Annual Meeting

March 19, 2001
Chair and Panelist
"First Annual Privacy Symposium"
Connecticut Bar Association

March 16, 2001
Discussant, "Shaping the Bench"
Western Political Science Association

February 21, 2001
Panelist, "From Brick to Click"
American Corporate Counsel Association

November 16, 2000
Panelist, "Advising the Dot-Com"
Regional Bar Association
Stamford, Connecticut

June 2000
Panelist, "E-Commerce"
2000 Connecticut Bar Association Annual Meeting


Conference Papers
"Judicial Response to Cyberspace"
2000 Annual Meeting of the Southern Political Science Association
Atlanta, Georgia, March 24-26, 2000.

"Congressional Response to Cyberspace: Slowing Down Big Brother"
1999 Annual Meeting of the Western Political Science Association
Seattle, Washington, March 25-27, 1999.

"Big Brother and the Marketing Giants: The Extent to Which Electronic Personal Information Should be
Legally Protected."
1997 Annual Meeting of the Western Political Science Association
Tucson, Arizona, March 13-15, 1997.

"Toward a Less Hostile Cyberspace: A Critical Analysis of the 'Federal Guidelines for Searching and
Seizing Computers' and the Fourth Amendment."
1996 Annual Meeting of the Midwest Political Science Association
Chicago, Illinois, April 18-20, 1996.

"Cybercourt: A Virtual Resolution of Differences."
1995 Annual Meeting of the Western Political Science Association
Portland, Oregon, March 16-18, 1995.

"An Initiative in the Study of the Destructive Effects of the Symbolic Presidency."
1994 Annual Meeting of the Midwest Political Science Association
Chicago, Illinois, April 14-16, 1994.

"The Emerging Realm of Electronic Law and Policy."
1994 Annual Meeting of the Western Political Science Association
Albuquerque, New Mexico, March 10-12, 1994.

On LinkedIn | On Facebook | On Twitter | On Mudd Law Offices' Blog

DISCLAIMER | PRIVACY POLICY

Contact Information for our offices in Chicago, Illinois and Park City, Utah

© 2005-2011 Mudd Law Offices
All Rights Reserved

HOME

ATTORNEYS

NEWS

PRACTICE AREAS

PRIVACY RELATED
LEGAL SERVICES

RIAA

CONTACT US