IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00978-LTB

ZAHOUREK SYSTEMS, INC.,

    Plaintiff/Counterclaim Defendant,

v.

CANINE REHABILITATION INSTITUTE, INC.,

    Defendant/Counterclaim Plaintiff.

___

ORDER
___

    This matter comes before the Court on Plaintiff's Opposed Motion to Restrict (Doc 36 - filed February 13, 2015) and Defendant's Restricted and Opposed Motion to Confirm Arbitration Award (Doc 39 - filed February 23, 2015). The parties have filed their responses and replies to these motions. Accordingly

    IT IS ORDERED that the Motion to Restrict (Doc 36) is **GRANTED** at Level 1.

    IT IS FURTHER ORDERED that Defendant's Motion to Confirm Arbitration Award is **GRANTED**.

    IT IS FURTHER ORDERED that Docs 36 and 39 remain restricted at Level 1 until further order of this Court.

                                         BY THE COURT:

                                         s/Lewis T. Babcock
                                         LEWIS T. BABCOCK, JUDGE

DATED: March 26, 2015